UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

BERNARD HARDRICK #606507,

    Plaintiff,

v.

    Case No. 2:21-cv-229

    HONORABLE PAUL L. MALONEY

ERICA HUSS, et al.,

    Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983.  Defendants Christi, Huss, and Kubont filed a motion for summary judgment.  Defendant School also filed a motion for summary judgment.  In his response to the first motion, Plaintiff requests compensation for his time spent to respond to the defendants' motions.  The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on June 20, 2023, recommending that this Court deny the motions.  The Report and Recommendation was duly served on the parties.  No objections have been filed.  *See* 28 U.S.C. § 636(b)(1).  Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 33) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motions for Summary Judgment (ECF Nos. 23 and 29) are DENIED.

**IT IS FURTHER ORDERED** that Plaintiff's request for compensation related to his response to Defendants' motions (ECF No. 25, PageID.162-163) is DENIED.

**IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this decision would not be taken in good faith.  See *McGore v. Wrigglesworth*, 114 F.3d 601, 610-11 (6th Cir. 1997), overruled on other grounds by *Jones v. Bock*, 549 U.S. 199, 206, 211-12 (2007).

Dated:  July 31, 2023                                                    /s/  Paul L. Maloney
                                                                                        Paul L. Maloney
                                                                                        United States District Judge